UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LUIS LABOY

Mag. No. 13-4130

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. **Luis Laboy, SBI # 352153E**, is now confined at the **Albert C. Wagner Youth Correctional Facility.**

2. Said individual will be required at 50 Walnut Street, Newark, New Jersey, before the Hon. Mark Falk, U.S. Magistrate Judge, on Thursday, August 15, 2013, at 2:30 p.m., for an **Initial Appearance** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 8, 2013

Dara Govan
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: August 8, 2013

Hon. Mark Falk, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Albert C. Wagner Youth Correctional Facility**:
WE COMMAND YOU that you have the body of

**Luis Laboy, SBI # 352153E**

now confined at the **Albert C. Wagner Youth Correctional Facility**, brought before the United States District Court, the Hon. Mark Falk, U.S. Magistrate Judge, in the courthouse at 50 Walnut Street, Newark, on Thursday, August 15, 2013 at 2:30 p.m., in civilian clothes, so that he may have an **Initial Appearance** in the above-captioned matter.
Immediately upon completion of the proceeding, the Detainee will be retained in federal custody until final disposition of federal charges as a sentence is currently being served at the detaining facility

    WITNESS the Honorable Mark Falk
    United States Magistrate Judge
    Newark, New Jersey.

DATED: August 8, 2013

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk